**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

ROBERT G. GROSS,

        Plaintiff,

v.                           CASE NO.  4:18cv480-RH-MJF

CORIZON MEDICAL et al.,

        Defendants.

_____/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's report and recommendation, ECF No. 31. No objections have been filed. The plaintiff apparently has abandoned the case—or in any event has made it impossible for the case to go forward. Nothing short of dismissal would bring about the court's compliance with the court's orders or make it possible to manage the litigation and resolve it on the merits.

The proper disposition is dismissal without prejudice, even though, as the report and recommendation correctly notes, the statute of limitations may bar any renewed claim.

For these reasons,

IT IS ORDERED:

The report and recommendation is accepted and adopted as the court's opinion. The clerk must enter judgment stating, "This case is dismissed without prejudice." The clerk must close the file.

SO ORDERED on August 24, 2020.

s/Robert L. Hinkle
United States District Judge